## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-23711-Civ-COOKE/TURNOFF

EDWIN TORRES,

     Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

     Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CASE has been **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Notice of Voluntary Dismissal, ECF No. 26). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 29th day of June 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*